IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUZANNE B. SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PENNSYLVANIA,** et al.,<br><br>Defendants. | **CIVIL ACTION**<br><br>No. 21-5473-KSM |

### ORDER

**AND NOW** this 4th day of August, 2022, the Court finds as follows:

1. Upon consideration of the motions to dismiss filed by the Commonwealth of Pennsylvania (Doc. No. 67), Cheltenham Township (Doc. No. 55), and Montgomery County Emergency Services ("MCES") and Tina Pergine (Doc. No. 70), and upon consideration of Plaintiff's briefs in opposition to those motions (Doc. Nos. 68, 76–78, 80), it is **ORDERED** that the motions are **GRANTED.** The claims against the Commonwealth, the Township, MCES, and Pergine are **DISMISSED WITH PREJUDICE.**

2. Having dismissed the federal claims over which the Court had original jurisdiction, the Court declines to exercise supplemental jurisdiction over the remaining state law claims asserted against Broadnax in the initial Complaint. Those claims are, therefore, **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue them in state court.

3. Upon consideration of Plaintiff's most recently filed requests to file an amended pleading (Doc. Nos. 78–79) and her motions to add Montgomery County as an additional Defendant (Doc. Nos. 49, 59, 60), it is **ORDERED** that the motions are **DENIED.** I

4.	Upon consideration of Broadnax's request for appointment of counsel (Doc. No. 69), it is **ORDERED** that the request is **DENIED AS MOOT.**

5.	The Complaint having been dismissed in its entirety, the Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON J.